## CHARLES M. CULLEN v. HANNAH CONWELL.

High Court of Errors and Appeals.   June 16, 1827.

*Ridgely's Notebook V, 296.*

## JOHN MURPHY and ANN DUFFEE v. ELLEN MURPHY, an Executor of Arthur Murphy.

Orphans' Court.   New Castle.   July 10, 1827.

*Ridgely's Notebook V, 307.*

*Hamilton* and *Read, Jr.,* for appellants.   *Bayard* for defendant.   .   .   .

Peter Johnson, a co-executor, was called by the appellants as a witness.   The executors had passed separate accounts.   This witness was not charged as having received money or goods not accounted for.   Respondent's counsel objected that he was not a competent [witness];   for whatever by his testimony he fixed on his co-executor, for so much he discharged himself, he being equally bound, in first instance, to receive and take care of the goods, money, etc. of the deceased;   and so he shifted the responsibility from himself by charging the executrix with the receipt of money and goods not accounted for by either.   The counsel for appellants did not reply to this argument.   Witness rejected.   .   .   .